THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT WAYNE LAFFERTY,<br><br>Plaintiff,<br>v.<br><br>MARSHAL GURR, *et al.*,<br><br>Defendants. | CASE NO. C26-0234-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 36). In it, Plaintiff seeks reconsideration of the Court's order (Dkt. No. 33) granting Defendant Mitchell Peterson's motion for summary judgment and denying Plaintiff's Rule 56(d) request. Plaintiff fails to establish that the Court committed manifest error in its prior ruling or present the Court with new facts or legal authority that could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 36) is DENIED.

DATED this 29th day of July 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk